UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MICHAEL WEST, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:07CV1760 RWS |
| TRISH VINCENT, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to alter or amend my January 18, 2008 Order denying preliminary injunctive relief. This order is not a final judgment, so the motion will be denied. To the extent that plaintiff seeks reconsideration of my prior decision, the motion will be denied. Plaintiff makes no new legal or factual arguments that convince me my prior decision was erroneous. Finally, plaintiff seeks leave to amend his complaint again to support his request for preliminary injunctive relief. Although leave to amend shall be freely granted, it may be denied when futile. In this case, plaintiff's proposed amended complaint includes no new allegations that would entitle plaintiff to preliminary injunctive relief, so the amendments would be futile. For this reason, the motion for leave will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to alter or amend [#16] is denied.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to file second amended complaint [#17] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2008.