UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WEST, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:07CV1760 RWS ) |
| TRISH VINCENT, | ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant's motion to dismiss. Plaintiff has not filed an opposition to the motion, and his time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's unopposed motion to dismiss [#19] is granted, and plaintiff's complaint is dismissed.

**IT IS FURTHER ORDERED** that defendant's motion for leave to file an amended motion to dismiss [#22] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of March, 2008.